IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:18CR3116 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| NATHAN REY MUSQUIZ, | ) | |
| | ) | |
| Defendant. | ) | |

On June 27, 2019, following an evidentiary hearing, Magistrate Judge Cheryl R. Zwart made certain findings of fact and recommended that Defendant's motion to suppress (Filing 36) be denied in its entirety. *See* Filing 68. Defendant filed a statement of objections to the Magistrate Judge's findings and recommendation on April 23, 2018. *See* Filing 69.

I have conducted a de novo review of the record pursuant to 28 U.S.C. § 636(b). I find that inasmuch as Judge Zwart has fully, carefully, and correctly found the facts and applied the law, the Magistrate Judge's findings and recommendation should be adopted and Defendant's statement of objections and motion to suppress should be denied.

Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (Filing 68) are adopted.

2. Defendant's statement of objections (Filing 69) is denied.

3. Defendant's motion to suppress (Filing 36) is denied in its entirety.

DATED this 15th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge