IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3116 |
| vs. | **AMENDED ORDER** |
| NATHAN REY MUSQUIZ, | |
| Defendant. | |

Defendant has moved to continue the trial, (Filing No. 71), because the parties are currently engaged in plea discussions. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 71), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf, United States District Judge, in Courtroom 1, 100 Centennial Mall North, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 26, 2019, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and August 26, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's

local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

July 25, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge